TACONIC LAKE ASSOCIATION, Appellant, v. WILLIAM I. RODIER and Another, Respondents.— Judgment unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JOHN L. GODLEY, Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

JEAN GREGORY, Respondent, v. MILVO & WHALING, INC., Appellant.— Judgment and order reversed, on the law and facts, in the interests of justice, and new trial granted, with costs to the appellant to abide the event. The issue as to negligence is close; and it cannot be said that the examination of plaintiff by the court did not affect the result. (See Bolte v. Third Ave. R. R., 38 App. Div. 234.) Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

CORNELIUS WARD and Another, Respondents, v. SUSANNA POTSCH, as Commissioner of Public Welfare of the County of Sullivan, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

SARAH E. S. BENTON, as Executrix, etc., of STEPHEN O. BENTON, Deceased, Appellant, v. FLORENCE M. VANTRAN, Respondent, Impleaded with Others.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

RALPH HARBECK, JR., an Infant, by RALPH HARBECK, His Guardian ad Litem, Respondent, v. ADELE WEAVER, Appellant. RALPH HARBECK, Respondent, v. ADELE WEAVER, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Petition of the TRUSTEES OF THE FIRST METHODIST EPISCOPAL CHURCH OF WHITEHALL, Respondent, for the Determination of the Amount of Damages Sustained by Reason of a Change of Grade of Church Street, in the Village of Whitehall, Appellant.— Decision and order appealed from unanimously affirmed, with costs, on the authority of Matter of Lawrence v. Village of Mamaroneck (263 N. Y. 455) and Adamo v. State of New York (235 App. Div. 12). Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

LAURA PARIS, Appellant, v. EDWARD J. CAMFIELD, Respondent.— Order reversed, on the law and facts, and verdict reinstated. Hill, P. J., Bliss and Heffernan, JJ., concur; McNamee and Crapser, JJ., dissent.

WILLIAM PARIS, as Administrator, etc., of HELEN PARIS, Deceased, Respondent, v. EDWARD J. CAMFIELD, Appellant.— Judgment and order affirmed, with costs. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

JOSEPH SCHUKES, as Administrator, etc., of JOSEPHINE SCHUKES, Deceased, Respondent, v. EDWARD J. CAMFIELD, Appellant.— Judgment and order affirmed, with costs. McNamee, Crapser and Bliss, JJ., concur; Hill, P. J., and Heffernan, J., dissent.

RALPH B. DEDRICK, as Administrator, etc., of HARVEY E. DEDRICK, Deceased, Respondent, v. MILDRED CARPENTER and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.